UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Leonard C. Wright, Sr., :
    Plaintiff, :
     :
    v. : Civil No. 2:14-CV-90
     :
Carolyn W. Colvin, Acting :
Commissioner of Social Security, :
    Defendant. :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed March 20, 2015. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion for Order Reversing the Decision of Commissioner (Doc. 7) is **GRANTED**, and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 13) is **DENIED**. It is further ordered that the ALJ's decision is reversed and the claim remanded solely for calculation of benefits.

Dated at Burlington, in the District of Vermont, this 13th day of April, 2015.

                                        /s/ William K. Sessions III
                                        William K. Sessions III
                                        U.S. District Court Judge